Respondent should compute the due date for filing its brief from the date of filing of this order.

## VERSA CORPORATION, Plaintiff–Appellant,

v.

## SIOUX AUTOMATION CENTER, INC., Defendant–Appellee.

No. 05–1405.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2005.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## SYSTEMS DIVISION, INC., Plaintiff–Appellee,

v.

## TEKNEK ELECTRONICS, LTD. and Teknek LLC, Defendants– Appellants.

No. 05–1406.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2005.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Sean S. DARLING, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 05–3276.

United States Court of Appeals, Federal Circuit.

Aug. 12, 2005.

Sean S. Darling, pro se.